IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARTRAVIOUS DELONTE LUKE,

     Appellant,

v.

     Case No.  5D22-677
     LT Case Nos. 2021-CF-008166-A-O
                     2018-CF-012282-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 30, 2022

Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Matthew J. Metz, Public Defender, and Joshua
T. Mosley, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.